IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Sullivan, Charlotte | Case Number: 07 B 00292 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 5/20/08 | Filed: 1/8/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 8, 2008
Confirmed: April 24, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,590.00 |  |
| Secured: |  | 612.14 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,784.00 |
| Trustee Fee: |  | 193.86 |
| Other Funds: |  | 0.00 |
| Totals: | 3,590.00 | 3,590.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,784.00 | 2,784.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 19,464.37 | 612.14 |
| 4. | Asset Acceptance | Unsecured | 809.85 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 101.93 | 0.00 |
| 6. | Capital One | Unsecured | 47.19 | 0.00 |
| 7. | City Of Chicago | Unsecured | 455.88 | 0.00 |
| 8. | Capital One | Unsecured | 48.87 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 298.73 | 0.00 |
| 10. | Sprint Nextel | Unsecured | 477.05 | 0.00 |
| 11. | Resurgent Capital Services | Unsecured | 2,797.75 | 0.00 |
| 12. | AAA Checkmate LLC | Unsecured | 463.82 | 0.00 |
| 13. | Liberty Savings & Loan | Unsecured | 476.71 | 0.00 |
| 14. | Capital One | Unsecured | 215.66 | 0.00 |
| 15. | ER Solutions | Unsecured | 105.86 | 0.00 |
| 16. | Brother Loan & Finance | Unsecured | 640.47 | 0.00 |
| 17. | Credit Union One | Unsecured | 168.88 | 0.00 |
| 18. | Illinois Dept Of Human Service | Unsecured | 385.11 | 0.00 |
| 19. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 20. | Teller Levit & Silvertrust PC | Unsecured |  | No Claim Filed |
| 21. | Check N Go | Unsecured |  | No Claim Filed |
| 22. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 23. | Bureau Of Collection Recovery | Unsecured |  | No Claim Filed |
| 24. | SBC | Unsecured |  | No Claim Filed |
| 25. | NCO/Progressive Ins Co | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sullivan, Charlotte

Printed: 5/20/08

Case Number: 07 B 00292
Judge: Goldgar, A. Benjamin
Filed: 1/8/07

| | | | | |
|---|---|---|---|---|
| 26. | SBC | Unsecured | | No Claim Filed |
| 27. | RMS | Unsecured | | No Claim Filed |
| 28. | Regional Adjustment Bureau Inc | Unsecured | | No Claim Filed |
| 29. | Wow Internet | Unsecured | | No Claim Filed |
| 30. | USA Payday Loans | Unsecured | | No Claim Filed |
| 31. | TCF Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 29,742.13 | $ 3,396.14 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 193.86 |
| | _____ |
| | $ 193.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____